IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

WORD MUSIC, LLC., a Tennessee Limited Liability company, DAYSPRING MUSIC, LLC, a Tennessee Limited Liability Company, WORDSPRING MUSIC, LLC., a Tennessee Limited Liability company, UNICHAPPELL MUSIC, INC., a Delaware corporation, CHAPPELL & CO., INC., a Delaware corporation, COTILLION MUSIC, INC., a Delaware Corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, WALDEN MUSIC, INC., a New York Corporation, WARNER/TAMERLANE PUBLISHING CORP., a California corporation, and WB MUSIC CORP., a California corporation,

        Plaintiffs,

vs.

PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually, PROSOUND KARAOKE LTD., a United Kingdom corporation, MEDIOSTREAM, INC., a California corporation, d/b/a "K SUPERSTAR," D.J. MILLER MUSIC DISTRIBUTORS, INC., a Colorado corporation, d/b/a "PROSING," and DALE S. MILLER, Individually

        Defendants.
_____

MEDIOSTREAM, INC., a California corporation,
        Plaintiff,

vs.

PRIDDIS MUSIC, INC., a Nevada corporation,

        Defendant.

Case No. 3: 07-cv-502
And
Case No. 3:07-cv-981

**CONSOLIDATED**

Judge Wiseman

Magistrate Judge Knowles

JURY DEMAND
**AGREED ORDER OF DISMISSAL WITH PREJUDICE – (PRIDDIS DEFENDANTS)**

This is an action for copyright infringement. The Plaintiffs, WORD MUSIC, LLC., *et al.,* and the Defendants, PRIDDIS MUSIC, INC., a Nevada corporation, RICHARD L. PRIDDIS, individually, and PROSOUND KARAOKE LTD., a United Kingdom corporation, ("PRIDDIS Defendants") having reached a settlement of the Plaintiffs' claims which provides, in pertinent part, for dismissal of the Plaintiffs' claims against the PRIDDIS Defendants with prejudice and having filed a Joint Motion to effectuate the foregoing settlement terms,

It is therefore ORDERED:

1)  The Court finds the Motion is well taken and is therefore *granted.*

2)  The Plaintiffs' claims against the PRIDDIS Defendants are hereby dismissed with prejudice, subject only to reinstatement within 30 days in the event that the PRIDDIS Defendants fail to make the settlement payment and enforcement of the previously entered Permanent Injunction entered January 31, 2008.

3)  The Cross-claim of PRIDDIS MUSIC, INC. against MEDIOSTREAM, INC., filed in the consolidated case no. 3: 07 cv 981 is hereby dismissed *with prejudice* as well.

4)  The parties, and each of them, shall bear their own respective costs.

ENTERED: 
SENIOR JUDGE THOMAS WISEMAN
United States District Judge

DATED: **MAY 12, 2008**

**AGREED AND APPROVED FOR ENTRY:**

s/Paul Harrison Stacey
Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.*
Attorney for Plaintiffs

2